beloff, Assistant Attorney General Olney, Beatrice Rosenberg and Joseph A. Barry for the United States.

No. 160. AGHNIDES v. GOODRIE ET AL. C. A. 7th Cir. Certiorari denied. Albert L. Ely for petitioner. Harry W. Lindsey, Jr. and Albert J. Fihe for respondents.

No. 165. FORT WORTH & DENVER RAILWAY Co. v. PRINE. C. A. 5th Cir. Certiorari denied. L. A. White for petitioner. George S. McCarthy, John H. Merchant and J. O. Fitzjarrald for respondent.

No. 168. FORTEE PROPERTIES, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. Irwin D. Shapiro for petitioner. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and Robert N. Anderson for respondent.

No. 169. MARACHOWSKY ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. David A. Canel and Jacob Geffs for petitioners. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Edward S. Szukelewicz for the United States.

No. 170. SULLI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. John R. Parkhill and Miles H. Draper for petitioner. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Robert G. Maysack for the United States.